NO. 07-01-0103-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MAY 18, 2001

______________________________

GUADALUPE LOPEZ MORENO, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 242
ND
 DISTRICT COURT OF SWISHER COUNTY;

NO. B3601-0008; HONORABLE ED SELF, JUDGE

_______________________________

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

Appellant Guadalupe Lopez Moreno filed a Motion to Dismiss Appeal on May 10, 2001, averring that she no longer wishes to prosecute her appeal.   The Motion to Dismiss is signed by both appellant and her attorney.  

Without passing on the merits of the case, appellant’s motion for voluntary dismissal is granted and the appeal is hereby dismissed.  Tex. R. App. P. 42.2.   Having dismissed 

the appeal at appellant’s personal request, no motion for rehearing will be entertained and our mandate will issue forthwith.  

Phil Johnson

        Justice

Do not publish.

ñ-åFINAL

NO. 07-99-0223-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

AUGUST 30, 1999

______________________________

BRIAN MILLSAP,

Appellant

V.

SHOW TRUCKS USA, INC., 

Appellee

_________________________________

FROM THE 86TH DISTRICT COURT OF KAUFMAN COUNTY;

NO. 53435; HON. GLEN M. ASHWORTH, PRESIDING

_______________________________ 

BOYD, C.J., and QUINN and REAVIS, JJ.

Following appellant’s failure to timely file a brief in this cause, we notified him on July 21, 1999 that his appeal would be dismissed, pursuant to Texas Rule of Appellate Procedure 42.3, unless he responded within ten days and showed good cause for continuing the appeal.  Because of a clerical error in the July 21 notice, we again notified appellant to show good cause as to why the appeal should not be dismissed.  Appellant’s 

response was due August 13, 1999.  To date, appellant has failed to respond.  We accordingly dismiss this appeal for want of prosecution pursuant to Texas Rules of Appellate Procedure 38.8(a)(1) and 42.3(b) and (c).

Brian Quinn

    Justice

Do not publish.